Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
Angela M. Powell (State Bar No. 191876)
  *amp@manningllp.com*
Lucas Rowe (State Bar No. 298697)
  *LER@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, COUNTY OF RIVERSIDE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SYBIL DAVIS, an individual and as a Successor in Interest to ANTHONIE D. SMITH; A.Y.D., a minor and as a Successor in Interest to ANTHONIE D. SMITH, by and through her Guardian Ad Litem SYBIL DAVIS; N.A.D., a minor and as a Successor in Interest to ANTHONIE D. SMITH, by and through her Guardian Ad Litem SYBIL DAVIS,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF RIVERSIDE; THE CITY OF MORENO VALLEY; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:16-CV-01323-JGB (KKx)<br>[The Hon. District Judge, Jesus G. Bernal, Magistrate Judge, Kenly Kiya Kato]<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PORTIONS OF COMPLAINT**<br><br>**[FRCP 12(b)(6)]**<br><br>**Date:** August 22, 2016<br>**Time:** 9:00 a.m.<br>**Ctrm:** 1 |

After reading and considering the Motion to Dismiss Portions of the Complaint filed by Defendant COUNTY OF RIVERSIDE, and the papers filed in support of and in opposition to the motion, and good cause appearing,

IT IS HEREBY ORDERED THAT Defendant's Motion to Dismiss portions of the Complaint is granted on the following grounds:

1.  The first claim for municipal liability under *Monell v. Department of Soc.*

1  *Serv.*, 436 U.S. 658 (1978) fails to state a claim upon which relief can be granted
2  against Defendant County of Riverside.
3
4  Dated: _____          By: _____
5                                       U.S. DISTRICT COURT JUDGE