UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 21 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SYBIL DAVIS, an individual and as a Successor in Interest to Anthonie D. Smith, Plaintiff-Appellee, v. COUNTY OF RIVERSIDE, a municipal entity; SHEREE ANTHONY, Sgt., Defendants-Appellants. | No. 19-55701 D.C. Nos. 5:16-cv-00227-JGB-KK 5:16-cv-01323-JGB-KK Central District of California, Riverside ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The appellants' opposed motion (Docket Entry No. 20) for a fifth extension of time in which to file the opening brief is granted. The opening brief is due February 26, 2020. Any further request for an extension of time to file this brief is strongly disfavored. The answering brief is due March 27, 2020. The optional reply brief is due within 21 days after service of the answering brief.

The appellee's motion to dismiss for failure to prosecute (included within the opposition at Docket Entry No. 21) is denied. The appellee is reminded that if a response to a motion includes a request for affirmative relief, the title of the response should alert the court to the request. See Fed. R. App. P. 27(a)(3)(B).

tah/1.20.20/Pro Mo